| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Melissa Mosley<br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-12908-SY<br>CHAPTER: Chapter 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/10/2023       Melissa Mosley                  /s/ Melissa Mosley
                       Printed name of Debtor 1        Signature of Debtor 1

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____          _____
                       Printed name of Debtor 2        Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10654830 | 10654830 | KP BiWeekly Sunday1 |
|  | **Assignment Number** | **Employer Name** |
|  | E10654830 | Kaiser Foundation Health Plan Inc |
| **Employee Name** | **Job Title** |  |
| Melissa Michelle Mosley | Sr Case Manager |  |
| **Employee Address** | **Position** | **Employer Address** |
| 5880 Lochmoor drive<br>Apt 144<br>Riverside, CA 92507 | Sr Case Manager | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 6091 - Glendale Regional Admin Office - Grp Rltn-Sales&Mrktn | CA959-1 |
| **Workweek** | **Base Rate** |  |
| Monday 00:01 | 36.2200  Hourly | **View My Time Off Balances** |
| **FLSA Week** |  |  |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 06-11-2023 | 06-24-2023 | 06-30-2023 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,331.78 | 54,549.07 |
| Employee Tax Deductions | 508.01 | 9,420.60 |
| Pretax Deductions | 66.64 | 3,391.97 |
| Voluntary Deductions | 66.64 | 4,123.96 |
| Nonpayroll Payment |  | 1,200.00 |
| Involuntary Deductions |  | 722.81 |
| Net Payment | 2,690.49 | 36,722.05 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | 1,448.80 | 29,077.49 |
| VAC PTO | 1,340.76 | 5,313.31 |
| DailyOT1.5 at 1.0 | 216.60 | 5,779.04 |
| WeeklyOT1.5 at 1.0 | 144.88 | 2,270.08 |
| DailyOT1.5 Prm at 0.5 | 108.30 | 2,889.52 |
| WeeklyOT1.5 Prm at 0.5 | 72.44 | 1,135.05 |
| Regular Retro |  | 2,825.60 |
| Self Funding LOS |  | 2,504.89 |
| Holiday |  | 1,137.44 |
| Benefit Flex Credit |  | 516.71 |
| DailyOT1.5 at 1.0 Retro |  | 386.40 |
| DailyOT1.5 Prm at 0.5 Retro |  | 193.20 |
| Sick ESL |  | 117.72 |
| WeeklyOT1.5 at 1.0 Retro |  | 117.62 |
| WeeklyOT1.5 Prm at 0.5 Retro |  | 58.81 |
| Daily DT2.0 at 1.0 |  | 17.39 |
| Daily DT2.0 Prm at 1.0 |  | 17.39 |
| EveDiff 1.5 at 1.0 |  | 15.20 |
| EveDiff 1.5 at 0.5 |  | 7.60 |
| EveDiff 2.0 at 1.0 |  | 0.46 |
| EveDiff 2.0 Prm at 1.0 |  | 0.46 |
| FLSA |  | 0.01 |
| **Total Earnings** | **3,331.78** | **54,381.39** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 40.000 | Hours | 36.2200 | 1,448.80 |
| VAC PTO | | | 37.017 | Hours | 36.2200 | 1,340.76 |
| DailyOT1.5 at 1.0 | | | 5.980 | Hours | 36.2200 | 216.60 |
| WeeklyOT1.5 at 1.0 | | | 4.000 | Hours | 36.2200 | 144.88 |
| DailyOT1.5 Prm at 0.5 | | | 5.980 | Hours | 18.1100 | 108.30 |
| WeeklyOT1.5 Prm at 0.5 | | | 4.000 | Hours | 18.1100 | 72.44 |
| **Total Hours Worked** | | | **49.980** | | | |

| Nonpayroll Payment | | |
|---|---|---|
| Description | Current | Year to Date |
| SalaryAdvance1NPP | | 1,200.00 |
| **Total Nonpayroll Payment** | | **1,200.00** |

| Imputed Income | | |
|---|---|---|
| Description | Current | Year to Date |
| Life Impt Inc | | 167.68 |
| **Total Imputed Income** | | **167.68** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| TSA Pre Tax | 66.64 | 1,077.29 |
| FSA Hlth | | 1,425.00 |
| Med Pre | | 712.08 |
| Den Pre | | 127.20 |
| Supp Life Pre | | 36.00 |
| Add Pre | | 14.40 |
| **Total Pretax Deductions** | **66.64** | **3,391.97** |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 223.14 | 4,860.33 |
| Social Security Employee Withheld | 206.57 | 3,238.53 |
| Medicare Employee Withheld | 48.31 | 757.40 |
| SDI Employee Withheld (CA) | 29.99 | 468.60 |
| SIT Withheld (CA) | | 95.74 |
| **Total Tax Deductions** | **508.01** | **9,420.60** |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Plan B After Tax | 66.64 | 1,027.19 |
| Salary Adv Repay | | 1,200.00 |
| Plan B Loan | | 988.02 |
| Voluntary Prog | | 898.19 |
| Garn State Tax Levy | | 722.81 |
| Dep Life | | 5.76 |
| Dep AD&D | | 4.80 |
| **Total Other Deductions** | **66.64** | **4,846.77** |

| Absence Accruals | | | |
|---|---|---|---|
| Description | Unit of Measure | Current | Balance |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| ER Contribution | 166.59 | 2,568.00 |
| Med ER | | 7,707.60 |
| Dental ER | | 509.04 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| Med Supp ER | | **105.24** |
| Alt Men Hlth ER | | **93.24** |
| Life Ins ER | | **88.69** |
| **Total Employer Paid Benefits** | **166.59** | **11,071.81** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 11756167217 | | | XXXXXXXX2707 | USD | **50.00** |
| 11756167237 | THE BANCORP BANK | 031101279-THE BANCORP BANK | XXXXXXXX3302 | USD | **2,640.49** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| Type | Marital Status | Exempt | Total Dependent Amount | Extra Withholding |
| FEDERAL_2020 | Head of household | N | **2,000.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | Marital Status | Exempt | Addl | Sec ALW | BIN | Exemptions | Additional Amount |
| CA | Head of household | Y | | | | 0 | **0.00** |

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10654830 | 10654830 | KP BiWeekly Sunday1 |
| | Assignment Number | Employer Name |
| | E10654830 | Kaiser Foundation Health Plan Inc |
| **Employee Name** | **Job Title** | |
| Melissa Michelle Mosley | Sr Case Manager | |
| **Employee Address** | **Position** | **Employer Address** |
| 5880 Lochmoor drive<br>Apt 144<br>Riverside, CA 92507 | Sr Case Manager | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 6091 - Glendale Regional Admin Office - Grp Rltn-Sales&Mrktn | CA959-1 |
| **Workweek** | **Base Rate** | |
| Monday 00:01 | 36.2200  Hourly | **View My Time Off Balances** |
| **FLSA Week** | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 05-28-2023 | 06-10-2023 | 06-16-2023 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **3,530.37** | **51,217.29** |
| Employee Tax Deductions | **509.00** | **8,912.59** |
| Pretax Deductions | **262.35** | **3,325.33** |
| Voluntary Deductions | **230.28** | **4,057.32** |
| Nonpayroll Payment | | **1,200.00** |
| Involuntary Deductions | | **722.81** |
| Net Payment | **2,514.70** | **34,031.56** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | **2,634.28** | **27,628.69** |
| Holiday | **289.76** | **1,137.44** |
| DailyOT1.5 at 1.0 | **159.73** | **5,562.44** |
| WeeklyOT1.5 at 1.0 | **127.86** | **2,125.20** |
| Sick ESL | **117.72** | **117.72** |
| DailyOT1.5 Prm at 0.5 | **79.87** | **2,781.22** |
| WeeklyOT1.5 Prm at 0.5 | **63.93** | **1,062.61** |
| Benefit Flex Credit | **43.18** | **516.71** |
| VAC PTO | | **3,972.55** |
| Regular Retro | | **2,825.60** |
| Self Funding LOS | | **2,504.89** |
| DailyOT1.5 at 1.0 Retro | | **386.40** |
| DailyOT1.5 Prm at 0.5 Retro | | **193.20** |
| WeeklyOT1.5 at 1.0 Retro | | **117.62** |
| WeeklyOT1.5 Prm at 0.5 Retro | | **58.81** |
| Daily DT2.0 at 1.0 | | **17.39** |
| Daily DT2.0 Prm at 1.0 | | **17.39** |
| EveDiff 1.5 at 1.0 | | **15.20** |
| EveDiff 1.5 at 0.5 | | **7.60** |
| EveDiff 2.0 at 1.0 | | **0.46** |
| EveDiff 2.0 Prm at 1.0 | | **0.46** |
| FLSA | | **0.01** |
| **Total Earnings** | **3,516.33** | **51,049.61** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | **72.730** | Hours | **36.2200** | **2,634.28** |
| Holiday | | | **8.000** | Hours | **36.2200** | **289.76** |
| DailyOT1.5 at 1.0 | | | **4.410** | Hours | **36.2200** | **159.73** |
| WeeklyOT1.5 at 1.0 | | | **3.530** | Hours | **36.2200** | **127.86** |
| Sick ESL | | | **3.250** | Hours | **36.2200** | **117.72** |
| DailyOT1.5 Prm at 0.5 | | | **4.410** | Hours | **18.1100** | **79.87** |
| WeeklyOT1.5 Prm at 0.5 | | | **3.530** | Hours | **18.1100** | **63.93** |
| **Total Hours Worked** | | | **80.670** | | | |

| Nonpayroll Payment | | |
|---|---|---|
| Description | Current | Year to Date |
| SalaryAdvance1NPP | | **1,200.00** |
| **Total Nonpayroll Payment** | | **1,200.00** |

| Imputed Income | | |
|---|---|---|
| Description | Current | Year to Date |
| Life Impt Inc | **14.04** | **167.68** |
| **Total Imputed Income** | **14.04** | **167.68** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FSA Hlth | **118.75** | **1,425.00** |
| TSA Pre Tax | **69.46** | **1,010.65** |
| Med Pre | **59.34** | **712.08** |
| Den Pre | **10.60** | **127.20** |
| Supp Life Pre | **3.00** | **36.00** |
| Add Pre | **1.20** | **14.40** |
| **Total Pretax Deductions** | **262.35** | **3,325.33** |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | **223.77** | **4,637.19** |
| Social Security Employee Withheld | **206.92** | **3,031.96** |
| Medicare Employee Withheld | **48.40** | **709.09** |
| SDI Employee Withheld (CA) | **29.91** | **438.61** |
| SIT Withheld (CA) | | **95.74** |
| **Total Tax Deductions** | **509.00** | **8,912.59** |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Plan B Loan | **89.82** | **988.02** |
| Voluntary Prog | **70.12** | **898.19** |
| Plan B After Tax | **69.46** | **960.55** |
| Dep Life | **0.48** | **5.76** |
| Dep AD&D | **0.40** | **4.80** |
| Salary Adv Repay | | **1,200.00** |
| Garn State Tax Levy | | **722.81** |
| **Total Other Deductions** | **230.28** | **4,780.13** |

| Absence Accruals | | | |
|---|---|---|---|
| Description | Unit of Measure | Current | Balance |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| Med ER | **642.30** | **7,707.60** |
| ER Contribution | **173.66** | **2,401.41** |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| Dental ER | **42.42** | **509.04** |
| Med Supp ER | **8.77** | **105.24** |
| Alt Men Hlth ER | **7.77** | **93.24** |
| Life Ins ER | **7.47** | **88.69** |
| **Total Employer Paid Benefits** | **882.39** | **10,905.22** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 11605086091 | | | XXXXXXXX2707 | USD | **50.00** |
| 11605086168 | THE BANCORP BANK | 031101279-THE BANCORP BANK | XXXXXXXX3302 | USD | **2,464.70** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| Type | Marital Status | Exempt | Total Dependent Amount | Extra Withholding |
| FEDERAL_2020 | Head of household | N | **2,000.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | Marital Status | Exempt | Addl | Sec ALW | BIN | Exemptions | Additional Amount |
| CA | Head of household | Y | | | | 0 | **0.00** |

# KAISER PERMANENTE.

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10654830 | 10654830 | KP BiWeekly Sunday1 |
| | **Assignment Number** | **Employer Name** |
| | E10654830 | Kaiser Foundation Health Plan Inc |
| **Employee Name** | **Job Title** | |
| Melissa Michelle Mosley | Sr Case Manager | |
| **Employee Address** | **Position** | **Employer Address** |
| 5880 Lochmoor drive<br>Apt 144<br>Riverside, CA 92507 | Sr Case Manager | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 6091 - Glendale Regional Admin Office - Grp Rltn-Sales&Mrktn | CA959-1 |
| **Workweek** | **Base Rate** | |
| Monday 00:01 | 36.2200  Hourly | **View My Time Off Balances** |
| **FLSA Week** | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 05-14-2023 | 05-27-2023 | 06-02-2023 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **3,464.25** | **47,686.92** |
| Employee Tax Deductions | **489.09** | **8,403.59** |
| Pretax Deductions | **261.03** | **3,062.98** |
| Voluntary Deductions | **228.97** | **3,827.04** |
| Nonpayroll Payment | | **1,200.00** |
| Involuntary Deductions | | **722.81** |
| Net Payment | **2,471.12** | **31,516.86** |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| VAC PTO | **1,768.80** | **3,972.55** |
| Regular | **1,159.04** | **24,994.41** |
| DailyOT1.5 at 1.0 | **319.46** | **5,402.71** |
| DailyOT1.5 Prm at 0.5 | **159.73** | **2,701.35** |
| Benefit Flex Credit | **43.18** | **473.53** |
| Regular Retro | | **2,825.60** |
| Self Funding LOS | | **2,504.89** |
| WeeklyOT1.5 at 1.0 | | **1,997.34** |
| WeeklyOT1.5 Prm at 0.5 | | **998.68** |
| Holiday | | **847.68** |
| DailyOT1.5 at 1.0 Retro | | **386.40** |
| DailyOT1.5 Prm at 0.5 Retro | | **193.20** |
| WeeklyOT1.5 at 1.0 Retro | | **117.62** |
| WeeklyOT1.5 Prm at 0.5 Retro | | **58.81** |
| Daily DT2.0 at 1.0 | | **17.39** |
| Daily DT2.0 Prm at 1.0 | | **17.39** |
| EveDiff 1.5 at 1.0 | | **15.20** |
| EveDiff 1.5 at 0.5 | | **7.60** |
| EveDiff 2.0 at 1.0 | | **0.46** |
| EveDiff 2.0 Prm at 1.0 | | **0.46** |
| FLSA | | **0.01** |
| **Total Earnings** | **3,450.21** | **47,533.28** |

| Current Period Details |
|---|

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| VAC PTO | | | 48.835 | Hours | 36.2200 | 1,768.80 |
| Regular | | | 32.000 | Hours | 36.2200 | 1,159.04 |
| DailyOT1.5 at 1.0 | | | 8.820 | Hours | 36.2200 | 319.46 |
| DailyOT1.5 Prm at 0.5 | | | 8.820 | Hours | 18.1100 | 159.73 |
| **Total Hours Worked** | | | **40.820** | | | |

| Nonpayroll Payment | | |
|---|---|---|
| Description | Current | Year to Date |
| SalaryAdvance1NPP | | 1,200.00 |
| **Total Nonpayroll Payment** | | **1,200.00** |

| Imputed Income | | |
|---|---|---|
| Description | Current | Year to Date |
| Life Impt Inc | 14.04 | 153.64 |
| **Total Imputed Income** | **14.04** | **153.64** |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FSA Hlth | 118.75 | 1,306.25 |
| TSA Pre Tax | 68.14 | 941.19 |
| Med Pre | 59.34 | 652.74 |
| Den Pre | 10.60 | 116.60 |
| Supp Life Pre | 3.00 | 33.00 |
| Add Pre | 1.20 | 13.20 |
| **Total Pretax Deductions** | **261.03** | **3,062.98** |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 209.52 | 4,413.42 |
| Social Security Employee Withheld | 202.83 | 2,825.04 |
| Medicare Employee Withheld | 47.43 | 660.69 |
| SDI Employee Withheld (CA) | 29.31 | 408.70 |
| SIT Withheld (CA) | | 95.74 |
| **Total Tax Deductions** | **489.09** | **8,403.59** |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Plan B Loan | 89.82 | 898.20 |
| Voluntary Prog | 70.13 | 828.07 |
| Plan B After Tax | 68.14 | 891.09 |
| Dep Life | 0.48 | 5.28 |
| Dep AD&D | 0.40 | 4.40 |
| Salary Adv Repay | | 1,200.00 |
| Garn State Tax Levy | | 722.81 |
| **Total Other Deductions** | **228.97** | **4,549.85** |

| Absence Accruals | | | |
|---|---|---|---|
| Description | Unit of Measure | Current | Balance |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| Med ER | 642.30 | 7,065.30 |
| ER Contribution | 170.35 | 2,227.75 |
| Dental ER | 42.42 | 466.62 |
| Med Supp ER | 8.77 | 96.47 |
| Alt Men Hlth ER | 7.77 | 85.47 |
| Life Ins ER | 7.47 | 81.22 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| **Total Employer Paid Benefits** | **879.08** | **10,022.83** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 11407991067 | | | XXXXXXXX2707 | USD | **50.00** |
| 11407991139 | THE BANCORP BANK | 031101279-THE BANCORP BANK | XXXXXXXX3302 | USD | **2,421.12** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| Type | Marital Status | Exempt | Total Dependent Amount | Extra Withholding |
| FEDERAL_2020 | Head of household | N | **2,000.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| Type | Marital Status | Exempt | Addl | Sec ALW | BIN | Exemptions | Additional Amount |
| CA | Head of household | Y | | | | 0 | **0.00** |

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10654830 | 10654830 | KP BiWeekly Sunday1 |
| | **Assignment Number** | **Employer Name** |
| | E10654830 | Kaiser Foundation Health Plan Inc |
| **Employee Name** | **Job Title** | |
| Melissa Michelle Mosley | Sr Case Manager | |
| **Employee Address** | **Position** | **Employer Address** |
| 5880 Lochmoor drive<br>Apt 144<br>Riverside, CA 92507 | Sr Case Manager | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 6091 - Glendale Regional Admin Office - Grp Rltn-Sales&Mrktn | CA959-1 |
| **Workweek** | **Base Rate** | |
| Monday 00:01 | 36.2200  Hourly | **View My Time Off Balances** |
| **FLSA Week** | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 04-16-2023 | 04-29-2023 | 05-05-2023 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,928.68 | 40,181.24 |
| Employee Tax Deductions | 628.93 | 7,251.62 |
| Pretax Deductions | 270.32 | 2,529.38 |
| Voluntary Deductions | 238.44 | 3,357.38 |
| Nonpayroll Payment | | 1,200.00 |
| Involuntary Deductions | | 722.81 |
| Net Payment | 2,776.95 | 26,194.49 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | 2,897.60 | 21,037.37 |
| DailyOT1.5 at 1.0 | 446.95 | 4,684.83 |
| DailyOT1.5 Prm at 0.5 | 223.48 | 2,342.41 |
| WeeklyOT1.5 at 1.0 | 198.49 | 1,798.13 |
| WeeklyOT1.5 Prm at 0.5 | 99.24 | 899.07 |
| Benefit Flex Credit | 43.18 | 387.17 |
| EveDiff 1.5 at 1.0 | 3.80 | 15.20 |
| EveDiff 1.5 at 0.5 | 1.90 | 7.60 |
| Regular Retro | | 2,825.60 |
| Self Funding LOS | | 2,504.89 |
| VAC PTO | | 1,913.99 |
| Holiday | | 847.68 |
| DailyOT1.5 at 1.0 Retro | | 386.40 |
| DailyOT1.5 Prm at 0.5 Retro | | 193.20 |
| WeeklyOT1.5 at 1.0 Retro | | 117.62 |
| WeeklyOT1.5 Prm at 0.5 Retro | | 58.81 |
| Daily DT2.0 at 1.0 | | 17.39 |
| Daily DT2.0 Prm at 1.0 | | 17.39 |
| EveDiff 2.0 at 1.0 | | 0.46 |
| EveDiff 2.0 Prm at 1.0 | | 0.46 |
| FLSA | | 0.01 |
| **Total Earnings** | **3,914.64** | **40,055.68** |

| Current Period Details |
|---|

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Regular | | | 80.000 | Hours | 36.2200 | 2,897.60 |
| DailyOT1.5 at 1.0 | | | 12.340 | Hours | 36.2200 | 446.95 |
| DailyOT1.5 Prm at 0.5 | | | 12.340 | Hours | 18.1100 | 223.48 |
| WeeklyOT1.5 at 1.0 | | | 5.480 | Hours | 36.2200 | 198.49 |
| WeeklyOT1.5 Prm at 0.5 | | | 5.480 | Hours | 18.1100 | 99.24 |
| EveDiff 1.5 at 1.0 | | | 4.000 | Hours | 0.9500 | 3.80 |
| EveDiff 1.5 at 0.5 | | | 4.000 | Hours | 0.4750 | 1.90 |
| **Total Hours Worked** | | | 97.820 | | | |

| Nonpayroll Payment | | |
|---|---|---|
| Description | Current | Year to Date |
| SalaryAdvance1NPP | | 1,200.00 |
| **Total Nonpayroll Payment** | | 1,200.00 |

| Imputed Income | | |
|---|---|---|
| Description | Current | Year to Date |
| Life Impt Inc | 14.04 | 125.56 |
| **Total Imputed Income** | 14.04 | 125.56 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FSA Hlth | 118.75 | 1,068.75 |
| TSA Pre Tax | 77.43 | 793.37 |
| Med Pre | 59.34 | 534.06 |
| Den Pre | 10.60 | 95.40 |
| Supp Life Pre | 3.00 | 27.00 |
| Add Pre | 1.20 | 10.80 |
| **Total Pretax Deductions** | 270.32 | 2,529.38 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 309.65 | 3,869.94 |
| Social Security Employee Withheld | 231.61 | 2,383.60 |
| Medicare Employee Withheld | 54.17 | 557.46 |
| SDI Employee Withheld (CA) | 33.50 | 344.88 |
| SIT Withheld (CA) | | 95.74 |
| **Total Tax Deductions** | 628.93 | 7,251.62 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Plan B Loan | 89.82 | 718.56 |
| Plan B After Tax | 77.43 | 743.27 |
| Voluntary Prog | 70.31 | 687.63 |
| Dep Life | 0.48 | 4.32 |
| Dep AD&D | 0.40 | 3.60 |
| Salary Adv Repay | | 1,200.00 |
| Garn State Tax Levy | | 722.81 |
| **Total Other Deductions** | 238.44 | 4,080.19 |

| Absence Accruals | | | |
|---|---|---|---|
| Description | Unit of Measure | Current | Balance |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Current | Year to Date |
| Med ER | 642.30 | 5,780.70 |
| ER Contribution | 193.57 | 1,858.19 |
| Dental ER | 42.42 | 381.78 |

| Employer Paid Benefits | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Med Supp ER | **8.77** | **78.93** |
| Alt Men Hlth ER | **7.77** | **69.93** |
| Life Ins ER | **7.47** | **66.28** |
| **Total Employer Paid Benefits** | **902.30** | **8,235.81** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 11044849244 | | | XXXXXXXX2707 | USD | **50.00** |
| 11044849356 | THE BANCORP BANK | 031101279-THE BANCORP BANK | XXXXXXXX3302 | USD | **2,726.95** |

| | Tax Withholding Information | | | |
|---|---|---|---:|---:|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | N | **2,000.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---:|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | Y | | | | 0 | **0.00** |