# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, September 13, 2023**                                    **Hearing Room    302**

---

9:30 AM
6:23-12908    **Melissa Mosley**                                          **Chapter 7**

Telephonic Hearing

#8.00    Notice of motion and motion for relief from the automatic
stay with supporting declarations PERSONAL PROPERTY
RE: 2017 Chevrolet Impala, VIN: 1G1105S34HU203446

**Benjamin Heston to appear by telephone (951)290-2827** / *Debtor*

Docket    12

**Matter Notes:**

GRANTED: _____ ✓    DENIED: _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: *Movant* _____

**Tentative Ruling:**

GRANT relief from the automatic stay under §§ 362(d)(1) and (d)(2).

GRANT waiver of FRBP 4001(a)(3) stay.

APPEARANCES WAIVED. No opposition has been timely filed. If
written or oral opposition is presented at the hearing, the hearing may be
continued. Movant to lodge an order within 7 days.

| Party Information |
|---|

**Debtor(s):**

Melissa Mosley                          Represented By
                                        Benjamin Heston