PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501
Telephone:    (951) 276-6354
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| In re: | Case No.  6:23-bk-12908-SY |
|---|---|
| Melissa Mosley, | CHAPTER 7 |
| Debtor. | **STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTOR TO EXTEND DISMISSAL AND DISCHARGE DEADLINES PURSUANT TO 11 U.S.C. §§ 704, 707 & 727 & FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017 & 4004**<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, AND ALL PARTIES-IN-INTEREST:**

This stipulation, pursuant to 11 U.S.C. §§ 704(b), 707(b) & 727 and Federal Rules of Bankruptcy Procedure 1017 and 4004, is entered into by and between Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee") and debtor, Melissa Mosley ("Debtor"), through her bankruptcy attorney of record, Benjamin Heston of Nexus Bankruptcy.

1

## **RECITALS**

A.    On June 30, 2023, Debtor filed a voluntary chapter 7 petition, initiating case no. 6:23-bk-12908-SY.

B.    Debtor is represented by Benjamin Heston of Nexus Bankruptcy.

C.    In accordance with his statutory duties, the U.S. Trustee reviewed Debtor's petition, schedules, and statement of financial affairs to ascertain Debtor's financial condition.

D.    The 341(a) Meeting of Creditors is currently scheduled for September 26, 2023, and is expected to be continued to a later date ("341 Meeting").

E.    The deadline for the U.S. Trustee to move to dismiss the bankruptcy case or to object to the Debtor's discharge is October 2, 2023.

F.    The U.S. Trustee had requested documents and certain financial information from Debtor in anticipation of questioning Debtor at her 341 Meeting.  Debtor requires additional time to respond to the U.S. Trustee's inquiry.

G.    Therefore, the parties wish to extend the dismissal and discharge deadlines.

**NOW THEREFORE**, subject to Court approval, the parties agree that the deadline for the U.S. Trustee to file a motion to dismiss pursuant to 11 U.S.C. § 707(b) or to object to Debtor's discharge pursuant to 11 U.S.C. § 727 is hereby extended for sixty (60) days to, and including, ***December 1, 2023***.


Dated:  September _27_, 2023

PETER C. ANDERSON
UNITED STATES TRUSTEE


By: _____
Everett L. Green
Trial Attorney


Dated:  September 27, 2023

NEXUS BANKRUPTCY


By: _____
Benjamin Heston
Attorney for Debtor

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3801 University Avenue, Suite 720
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTOR TO EXTEND DISMISSAL AND DISCHARGE DEADLINES PURSUANT TO 11 U.S.C. §§ 704, 707 & 727 & FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017 & 4004** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 28, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

(See attached Electronic Mail Notice List)

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) September 28, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 28, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Overnight Mail</u>
Hon. Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 28, 2023 | Carolyn K. Howland | /s/ Carolyn K. Howland |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# Mailing Information for Case 6:23-bk-12908-SY

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Sheryl K Ith**    sith@cookseylaw.com
- **Larry D Simons (TR)**    larry@lsimonslaw.com,
  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.