United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-12908-SY |
| Melissa Mosley | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa Mosley, 5880 Lochmoor Dr, Apt 144, Riverside, CA 92507-8514 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Melissa Mosley bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Everett L Green | on behalf of U.S. Trustee United States Trustee (RS) everett.l.green@usdoj.gov |
| Larry D Simons (TR) | larry@lsimonslaw.com  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com |
| Sheryl K Ith | on behalf of Creditor American Credit Acceptance sith@cookseylaw.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

**FILED & ENTERED**

**SEP 28 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

In re:

MELISSA MOSLEY,

                Debtor.

Case No. 6:23-bk-12908-SY

Chapter 7

**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTOR TO EXTEND DISMISSAL AND DISCHARGE DEADLINES UNDER 11 U.S.C. §§ 704, 707 & 727 & FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017 & 4004**

[No Hearing Required]

    The court, having considered the "Stipulation Between United States Trustee and Debtor to Extend Dismissal and Discharge Deadlines Pursuant to 11 U.S.C. §§ 704, 707 & 727 & Federal Rules of Bankruptcy Procedure 1017 & 4004" ("Stipulation") [docket no. 20] filed on September 28, 2023, and good cause appearing therefor,

///

///

///

1

IT IS ORDERED that the Stipulation is approved and the deadline for the U.S. Trustee to file a motion to dismiss under 11 U.S.C. § 707(b) or to object to the debtor's discharge under 11 U.S.C. § 727 is extended to, and including, December 1, 2023.

###

Date: September 28, 2023

Scott H. Yun
United States Bankruptcy Judge