Certificate Number: 14912-CAC-DE-037974368

Bankruptcy Case Number: 23-12908



14912-CAC-DE-037974368

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 28, 2023</u>, at <u>2:08</u> o'clock <u>PM EST</u>, <u>Melissa Mosley</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  November 28, 2023          By:   /s/Jai Bhatt

                                  Name: Jai Bhatt

                                  Title: Counselor